UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 104.190.141.164,<br><br>        Defendant. | Civil Case No. 1:21-cv-00101-RP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 104.190.141.164, are voluntarily dismissed without prejudice.

Dated: November 23, 2021                                   Respectfully submitted,

                                                                                By:  /s/ *Forrest M. Seger III*
                                                                                        Forrest Mathew Seger, III
                                                                                        Texas Bar No. 24070587
                                                                                        Clark Hill PLC
                                                                                        2301 Broadway
                                                                                        San Antonio, TX 78215
                                                                                        210-250-6162
                                                                                        Fax: 210-250-6100
                                                                                        Email: TSeger@clarkhill.com
                                                                                        *Attorneys for Plaintiff*